**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Charles Vitello,<br><br>            Plaintiff(s),<br><br>v.<br><br>Albertson's LLC, et al.,<br><br>            Defendant(s). | Case No. 2:25-cv-02046-JAD-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Defendants' removal papers include Plaintiff's personal identifying information, including at least his birthdate and home address.  *See* Docket No. 1-7.  Counsel are reminded that they must ensure that their filings properly redact personal identifying information.  *See, e.g.*, Local Rule IC 6-1(a), (c); *see also* Fed. R. Civ. P. 5.2(a).  The Clerk's Office is INSTRUCTED to seal the removal petition and all exhibits thereto.  Docket No. 1.  Defendants must carefully review these papers to identify personal identifying information.  Defendants must file a properly redacted version of these documents by October 30, 2025.

IT IS SO ORDERED.

Dated: October 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1