**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Charles Vitello,<br><br>        Plaintiff,<br><br>v.<br><br>Albertson's LLC, et al.,<br><br>        Defendant. | Case No. 2:25-cv-02046-JAD-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a stipulated confidentiality agreement and proposed protective order.  Docket No. 16.  Parties are permitted to agree to discovery procedures, including confidentiality protections, without judicial approval.  *See* Fed. R. Civ. P. 29(b); *see also Cross v. Walmart, Inc.*, 350 F.R.D. 395, 398-99 (D. Nev. 2025).  The stipulation does not explain in meaningful fashion why judicial oversight is required as to the parties' discovery agreement.  Accordingly, the Court **DENIES** without prejudice the stipulated confidentiality agreement and proposed protective order.

IT IS SO ORDERED.

Dated: May 7, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge

1